UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cr-60238-MARRA

IN RE SEALED INDICTMENT

_____/

FILED by RB D.C.

SEP 27 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – FT. LAUD.

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendants or until further order of this court, excepting the Department of Justice which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this indictment become public.

Respectfully submitted,

Andrew G. Oosterbaan  for
Section Chief, Child Exploitation and
Obscenity Section
Criminal Division - Department of Justice

By:

Andrew McCormack
Trial Attorney
Child Exploitation and Obscenity Section
Department of Justice
1400 New York Avenue NW
Washington, DC 20530
202-353-4698