UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _11-cr-60238-MARRA/VITUNAC_

18 U.S.C. § 2252(a)(1) and (b)(1)
18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253

FILED by _RB_ D.C.

SEP 2 7 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

UNITED STATES OF AMERICA

vs.

ANTHONY MANGIONE

Defendant

_____ /

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From on or about March 14, 2010, to on or about September 14, 2010, in Broward County,

in the Southern District of Florida, and elsewhere, the defendant,

## ANTHONY MANGIONE,

did knowingly transport, using a means or facility of interstate or foreign commerce and in or

affecting interstate or foreign commerce, by any means, including by computer, one or more visual

depictions, where the production of such visual depictions involved the use of a minor engaging in

sexually explicit conduct and the visual depictions are of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

## COUNT TWO

From on or about March 27, 2010, to on or about September 14, 2010, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## ANTHONY MANGIONE,

did knowingly receive one or more visual depictions, using any means or facility of interstate or foreign commerce and that have been shipped and transported in or affecting interstate or foreign commerce, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are of such conduct.

In violation of Title 18, United States Code, Sections 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE

From on or about March 24, 2010, to on or about September 15, 2010, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## ANTHONY MANGIONE,

did knowingly possess one or more matters, to wit, electronically stored communications, which contain one or more visual depictions that had been shipped and transported using any means or facility of interstate and foreign commerce and had been shipped and transported in and affecting interstate and foreign commerce and were produced using materials which had been so shipped and transported, including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions are of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged herein and are incorporated by reference for purposes of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      Upon conviction of the offenses alleged in this Indictment, the defendant, **ANTHONY MANGIONE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any visual depiction described in Title 18, United States Code, Sections 2251, 2251A and 2252, or any other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.  The property includes, but is not limited to, the following: (1) a Dell Inspiron 1545 laptop computer, serial number HQNBHL1 and (2) a Seagate Momentus 5400.6 hard drive, serial number 6VC4X3R4.

All pursuant to Title 18, United States Code, Sections 2253(a) and (b), and the procedures set forth at Title 21, United States Code, Section 853.

3

A TRUE BILL

for

Andrew G. Oosterbaan
Section Chief, Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

Andrew McCormack
Trial Attorney
Child Exploitation and Obscenity Section

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ANTHONY MANGIONE,

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Defendant.**
_____ /

**Case Information:**

**Court Division:** (Select One)

|  | | | |
|---|---|---|---|
| ___ Miami | ___ Key West | | |
| _X_ FTL | ___ WPB | ___ FTP | |

New Defendant(s)        Yes _____   No ____
Number of New Defendants    _____
Total number of counts       _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    _No_
    List language and/or dialect    _____

4.  This case will take    _5_    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                    (Check only one)

    | | | | | | |
    |---|---|---|---|---|---|
    | I | 0 to 5 days | _x_ | Petty | _____ |
    | II | 6 to 10 days | _____ | Minor | _____ |
    | III | 11 to 20 days | _____ | Misdem. | _____ |
    | IV | 21 to 60 days | _____ | Felony | _X_ |
    | V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No)    _No_
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    _NO_
    If yes:
    Magistrate Case No.    _____
    Related Miscellaneous numbers:    _____
    Defendant(s) in federal custody as of    _____
    Defendant(s) in state custody as of    _____
    Rule 20 from the District of    _____

    Is this a potential death penalty case? (Yes or No)    _No_

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    _No_ No

8.  Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007?    _____ Yes    _No_ No

_____
ANDREW MCCORMACK
DEPARTMENT OF JUSTICE
DC Bar No. 470606

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

**Defendant's Name: <u>ANTHONY MANGIONE</u>**          Case No: _____

**Count #:**

Transportation of child pornography

18 U.S.C. §§ 2252(a)(1)

**\* Max.Penalty**: mandatory minimum 5 to 20 years' imprisonment; $250,000 fine; 5 years' to life supervised release

**Count #: 2**

Receipt of child pornography
18 U.S.C. §§ 2252(a)(2)

**\* Max.Penalty**: mandatory minimum 5 to 20 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

**Count #: 3**

Possession of child pornography
18 U.S.C. §§ 2252(a)(4)(B)

**\* Max.Penalty**: 10 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**