UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   11-60238-Cr-Marra

UNITED STATES OF AMERICA
         Plaintiff,

vs.

ANTHONY MANGIONE,
         Defendant.
_____/

FILED by _____ D.C.

SEP 2 8 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge James M. Hopkins on September 28, 2011, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**
- Address: DEFT. IN CUSTODY
- Prisoner #:
- Language: ENGLISH
- Telephone #: --------------

**DEFENSE COUNSEL:**
- Name: DAVID ADRIAN HOWARD
- Address: 10800 BISCAYNE BOULEVARD, STE. 560
         MIAMI, FL 33161
- Telephone #: 305-357-0295

BOND/PTD hrg held:   YES_____   NO_____
BOND/PTD SET :  **PTD/STIP (JMH)**
Dated this 28th day of September, 2011.

STEVEN LARIMORE, CLERK OF COURT

BY: _____
Tanya McClendon, Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service