UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60238-CR-MARRA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ANTHONY MANGIONE,

                Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS CAUSE is before the Court upon Defendant's Motion to Continue Sentencing Hearing [DE 37]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. The sentencing presently scheduled for October 5, 2012 is reset to Friday, November 9, 2012 at 2:30 p.m.

DONE and ORDERED in West Palm Beach, Florida, this 10th day of September, 2012.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

      All counsel