September 28, 2012

Honorable Kenneth Marra
701 Clematis Street
Room 316
West Palm Beach, Florida 33401

Your Honor Kenneth Marra:

I am an uncle of Anthony Mangione and am writing on his behalf. I have known him since his early childhood and I have seen him grow up to the point of his becoming successful in his career with the U.S. Immigration and Customs Enforcement. I particularly knew him in his early days as a student in high school and college. He was serious, conscientious and hard working. Our times getting together were always a pleasure. He was personable and demonstrated enthusiasm when we discussed issues of the day whether it was sports, gardening or a social concern of the time.

My request and that of my wife, Victoria, to you, Your Honor, is that you consider what he has contributed to society throughout his career and as a responsible parent. I am sure he continues to have the motivation, ability and capacity to make a positive contribution to society.

Thank you for your kind attention to this matter.

Sincerely,

Charles E Maynard